UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DEON BROWN,** <br> **Petitioner** | **CIVIL ACTION NO. 1:20-CV-0793-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN,** <br> **Respondent** | **MAG. JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation (ECF No. 10) of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition (ECF No. 1) is hereby DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, and WITHOUT PREJUDICE as to the merits of Petitioner's claim.

THUS DONE AND SIGNED in Chambers, this 28th day of September, 2020.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE